In re: Tomas Kupciunas,
      Debtor.

Case No. 08-bk-35799

Chapter 7

Adversary No. 09-00307

## NOTICE OF APPEAL

Anthony Stelmokas, the plaintiff appeals under 28 U.S.C. §158(a) or (b) from the Order entered in this case on February 25, 2010.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Defendant: Tomas Kupciunas

Attorney for Defendant: Saulius Modestas, 25 E. Washington St., Ste. 1804
      Chicago, Il. 60602
      Telephone: 312 251 4460
      A.R.D.C.No. 6278054

Dated: 3-8-10

Signed: _____
      Appellant, pro se

Appellant: Anthony Stelmokas, pro se
Address: 2548 West 69th St.
      Chicago, Il. 60629
Telephone: 773 476-0404

*[Stamps: PAID MAR 0 8 2010 KENNETH S. GARDNER, CLERK, UNITED STATES BANKRUPTCY COURT; FILED MAR 0 8 2010 UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS KENNETH S. GARDNER, CLERK PS REP. - AI]*

CERTIFICATION

I, Anthony Stelmokas, non-attorney, certify that a copy of this Notice was served upon Saulius Modestas by depositing same in the United States mail at Loop Station, Dearborn & Adams, Chicago, Il. 60602, by first class delivery, proper postage prepaid, before the hour of 5:00 p.m. this 8th day of March, 2010.

                                                          Anthony Stelmokas, plaintiff

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: Tomas Kupciunas,
      Debtor.

Case No. 08 bk-35799

Chapter 7

Judge P. Hollis

Adversary No. 09-00307

## NOTICE OF FILING

Please take notice that on March 26, 2010, the undersigned filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, its Designation of the Content of the Record on Appeal and A Statement of the Issues to be Presented on Appeal, a copy of which is attached hereto and served upon you.

To: Saulius Modestas, 25 E. Washington St., Ste. 1804
      Chicago, Il. 60602

Dated: 3-26-10

Signed: _____
Appellant, pro se

Appellant: Anthony Stelmokas, pro se
Address: 2548 West 69th St.
      Chicago, Il. 60629

Telephone 773 476-0404

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAR 2 6 2010

KENNETH S. GARDNER, CLERK
PS REP. - SJ

APPELLANT'S DESIGNATION OF THE CONTENT OF THE RECORD ON APPEAL

1. Plaintiff's Motion for Leave to Amend Adversary Complaint.

2. Defendant's Motion for Rule 9011 Sanctions Against Anthony Stelmokas

3. Plaintiff's Motion to Extend Time to Respond to Defendant's Motion for Rule 9011 Sanctions Against Anthony Stelmokas

4. Plaintiff's Response to Defendant's Motion for Rule 9011 Sanctions Against Anthony Stlemokas

5. Plaintiff's Motion to Alter or Amend Judgement per Rule 9023


STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL

Plaintiff-Appellant believes that the sanctions levied on plaintiff pursuant to defendant's 9011 "safe harbor" letter were unnecessary and improper. Based on the 5 motions with their exhibits as cited above, plaintiff will argue to this appellate panel that the sanctions, approximating $3,000. be rescinded.


Respectfully submitted,

*[signature]*

Anthony Stelmokas, appellant


**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAR 2 6 2010

KENNETH S. GARDNER, CLERK
PS REP. - SJ

## CERTIFICATION

I, Anthony Stlemokas, non-attorney, certify that a copy of this Notice was served upon Saulius Modestas be depositing same in the United States mail at Loop Station, Dearborn & Adams, Chicago, Il. 60602, by first class delivery proper postage prepaid, before the hour of 5:00 p.m. this 26th day of March, 2010.

_____
Anthony Stelmokas, pro se